AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Go, Marilyn D. | Eastern District of New York | 5/14/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge -- full time | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

U.S. Court House, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, New York 11201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Go, Marilyn D. | 5/14/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Self-employed lawyer (partner in law practice) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Go, Marilyn D. | 5/14/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Go, Marilyn D. | 5/14/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CMA at Citibank, N.A. | A | Interest | K | T | | | | | |
| 2. Tesoro Petroleum (common stock) | B | Dividend | L | T | | | | | |
| 3. Brokerage Account #1 (IRA - stock) | | | | | | | | | |
| 4. Bristol Myers Squibb Co. (common shares in IRA) | A | Dividend | J | T | | | | | |
| 5. ChevronTexaco Corp. (common stock in IRA) | A | Dividend | K | T | | | | | |
| 6. Exxon Mobil Corp. (common stock in IRA) | A | Dividend | K | T | | | | | |
| 7. Frontier Communications Corp. (common stock) | A | Dividend | J | T | | | | | |
| 8. Hawaiian Electric Industries Inc. (common stock in IRA) | A | Dividend | J | T | | | | | |
| 9. Hewlett Packard Enterprise (common stock in IRA) | A | Dividend | J | T | | | | | See note 1, Pt. VIII |
| 10. HP Inc. (common stock in IRA) | A | Dividend | J | T | | | | | See note 1, Pt. VIII |
| 11. Microsoft (common stock in IRA) | A | Dividend | K | T | | | | | |
| 12. Raytheon (common stock in IRA) | A | Dividend | J | T | | | | | |
| 13. Verizon Communications (common stock in IRA) | A | Dividend | J | T | | | | | |
| 14. Morgan Stanley Private Bank Deposit Prog (for uninvested funds in IRA) | A | Interest | J | T | | | | | See note 2, PT. VIII |
| 15. Brokerage Account #2 | | | | | | | | | |
| 16. Ace Ltd. (common stock in IRA) | A | Dividend | J | T | Buy | 01/20/15 | K | | |
| 17. AllianceBernstein Holding L.P. (common stock in IRA) | A | Dividend | J | T | Buy | 03/24/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Go, Marilyn D. | 5/14/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. AT&T (common stock in IRA) | B | Dividend | K | T | | | | | |
| 19. Becton Dickeinson & Co. (common stock in IRA) | A | Dividend | K | T | Buy | 05/07/15 | K | | |
| 20. Blackstone Group LP (common stock in IRA) | B | Dividend | K | T | Buy | 05/07/15 | J | | |
| 21. Boeing (common stock in IRA) | A | Dividend | K | T | Buy | 01/20/15 | J | | buy add'l 5/7/15 [K] |
| 22. Bristol Myers Squibb Co. (common stock in IRA) | A | Dividend | J | T | | | | | |
| 23. Chevron Corp. (common stock in IRA) | B | Dividend | K | T | | | | | |
| 24. Church & Dwight Co Inc. (common stock in IRA) | A | Dividend | K | T | Buy | 01/28/15 | K | | |
| 25. Exxon Mobil Corp. (common stock in IRA) | B | Dividend | K | T | | | | | |
| 26. Frontier Communications Corp. (common stock) | | None | | | Sold | 03/11/15 | J | A | |
| 27. Glaxosmithkline PLC ADR (common stock in IRA) | A | Dividend | J | T | Buy (add'l) | 01/14/15 | J | | |
| 28. Hawaiian Electric Induscetries, Inc. (common stock in IRA) | A | Dividend | J | T | | | | | |
| 29. Intel (common stock in IRA) | A | Dividend | K | T | | | | | |
| 30. KKR & Co LP (common stock in IRA) | A | Dividend | J | T | Buy | 02/27/15 | J | | |
| 31. Lockheed Martin Corp. (common stock in IRA) | A | Dividend | K | T | Buy | 01/28/15 | J | | |
| 32. Lyondellbasell NV Cl-A(common stock in IRA) | A | Dividend | K | T | Buy | 02/27/15 | K | | |
| 33. Merck & Co. Inc. New (common stock in IRA) | A | Dividend | J | T | | | | | |
| 34. Pepsico Inc NC (common stock in IRA) | A | Dividend | K | T | Buy | 01/28/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Go, Marilyn D. | 5/14/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Pfizer Inc. (common stock in IRA) | A | Dividend | J | T | | | | | |
| 36. PPG Inductries Inc. (common stock in IRA) | A | Dividend | K | T | Buy | 01/20/15 | K | | |
| 37. Unilever NV NY Sh New (common stock in IRA) | A | Dividend | J | T | Buy | 01/20/15 | J | | |
| 38. Verizon Communications (common stock in IRA) | A | Dividend | J | T | | | | | |
| 39. Walt Disney Co Holdg Co (common stock in IRA) | A | Dividend | K | T | Buy | 01/28/15 | K | | |
| 40. Wells Fargo & Co. New (common stock in IRA) | A | Dividend | K | T | Buy (add'l) | 01/20/15 | J | | |
| 41. Morgan Stanley Bank Deposit Prog (for uninvested fds in KEOGH) | A | Int./Div. | M | T | | | | | See note 2 , Pt.. VIII |
| 42. Brokerage Account #3 (KEOGH) | | | | | | | | | |
| 43. ACE Ltd. (common stock in KEOGH) | A | Dividend | J | T | Buy | 01/14/15 | J | | |
| 44. Apple Inc. (common stock in KEOGH) | A | Dividend | K | T | Buy | 01/14/15 | K | | |
| 45. AT&T (common stock in KEOGH) | C | Dividend | L | T | | | | | |
| 46. American Electric Power Co., Inc. (common stock in KEOGH) | C | Dividend | L | T | Buy (add'l) | 01/14/15 | J | | |
| 47. Bristol Myers Squibb Co. (common shares in KEOGH) | C | Dividend | J | T | | | | | |
| 48. Canadian Natural Resources Ltd. (common stock in KEOGH) | A | Dividend | J | T | Sold (part) | 03/11/15 | K | A | |
| 49. Chevron (common stock in KEOGH) | D | Dividend | M | T | Buy (add'l) | 01/09/15 | K | | buy add'l 11/10 [K] |
| 50. Chubb Corp. (common stock iin KEOGH) | C | Dividend | M | T | Buy (add'l) | 01/14/15 | K | | |
| 51. Conoco Phillips (common stock in KEOGH) | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Go, Marilyn D. | 5/14/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Con Edison Inc. (common stock in KEOGH) | B | Dividend | K | T | Buy | 01/14/15 | K | | |
| 53. Enterprise Products Prtnrs LP | C | Int./Div. | K | T | | | | | |
| 54. Exxon Mobil Corp. (common stock in KEOGH) | D | Dividend | N | T | | | | | |
| 55. Frontier Communications Corp. (common stock) | | None | | | Sold | 03/11/15 | J | A | |
| 56. HCP Inc. (New) (stock in KEOGH) | B | Dividend | K | T | | | | | |
| 57. Hawaiian Electric Indus. Inc. (stock in KEOGH) | B | Dividend | K | T | | | | | |
| 58. Health Care REIT (stock in KEOGH) | A | Int./Div. | K | T | | | | | |
| 59. Hess Corporation (stock in KEOGH) | A | Dividend | K | T | | | | | |
| 60. J.P. Morgan Chase & Co. (common stock in KEOGH) | C | Dividend | L | T | | | | | |
| 61. Johnson & Johnson (stock in KEOGH) | C | Dividend | L | T | | | | | |
| 62. McDonalds Corp. (stock in KEOGH) | B | Dividend | L | T | Buy (add'l) | 01/14/15 | J | | |
| 63. Merck & Co Inc NEW stock (formerly Schering-Plough) | C | Dividend | L | T | Buy (add'l) | 01/14/15 | J | | |
| 64. Nextera Energy (common stock in KEOGH) | C | Dividend | M | T | Buy (add'l) | 01/14/15 | K | | |
| 65. Oracle (common stock in KEOGH) | A | Dividend | K | T | | | | | |
| 66. Pfizer Inc. (common stock in KEOGH) | D | Dividend | M | T | | | | | |
| 67. PPG Industries Inc. (common stock in KEOGH) | C | Dividend | M | T | Buy (add'l) | 01/14/15 | K | | |
| 68. Royal Dutch PTLM (NY registrty shares in KEOGH) | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Go, Marilyn D. | 5/14/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Schlumberger Ltd. (stock in KEOGH) | C | Dividend | L | T | | | | | |
| 70. Total S.A. Spons ADR (ADR in KEOGH) | D | Int./Div. | | | Sold | 10/30/15 | L | A | |
| 71. Transocean Ltd (RIG) | C | Int./Div. | K | T | | | | | |
| 72. Verizon Communications (common stock in KEOGH) | C | Dividend | L | T | | | | | |
| 73. Walt Disney (common stock in KEOGH) | A | Dividend | J | T | Buy | 01/09/15 | J | | |
| 74. Wells Fargo & Co. New (common stock in KEOGH) | C | Dividend | M | T | | | | | |
| 75. Welltower Inc. (common stock in KEOGH) | A | Dividend | J | T | Buy | 01/14/15 | J | | |
| 76. PDR Servs. LLC: SPDR Dow Jones Indl Avg ETF (equity portfol) | B | Int./Div. | L | T | | | | | |
| 77. Barclays Glob Fd Advisrs: IShares TR Dow Jones Sel Div Ind | B | Int./Div. | L | T | | | | | |
| 78. Barclays Global Fd Advisrs: ISharesRussell 2000 Index Fd | A | Int./Div. | M | T | Buy (add'l) | 01/14/15 | J | | |
| 79. PDR Services LLC: SPDR S&P ETF Trust (equity portfolio) | B | Int./Div. | M | T | | | | | |
| 80. Morgan Stanley Bank Deposit Prog (for uninvested fds in KEOGH) | A | Int./Div. | M | T | | | | | See note 2 , Pt. VIII |
| 81. Nanox Imaging Ltd. | | None | M | U | | | | | See note 3, Pt. VIII |
| 82. Stone Israventures LLC | | None | M | U | | | | | |
| 83. end of Account #3 | | | | | | | | | |
| 84. Softbank Technology Ventures, L.P. (limited ptnership int.) | | None | K | U | | | | | |
| 85. rental income from unit in Kings County, New York | F | Rent | N | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Go, Marilyn D. | 5/14/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Brokerage Account #4 (IRA mutual funds) | | | | | | | | | |
| 87. American Funds: American Fds Growth Fund of America (IRA) | D | Int./Div. | M | T | | | | | |
| 88. Blackrock Inc.: Blackrock Equity Dividend Fund | A | Int./Div. | L | T | | | | | |
| 89. Columbia Management Funds: Columbia Acorn Fund Class A (IRA) | A | Int./Div. | K | T | | | | | |
| 90. Federated Funds: Federated Kaufman Fund Class A (IRA) | A | Int./Div. | K | T | | | | | |
| 91. First Eagle Funds: First Eagle Global Fund Class A (IRA) | A | Int./Div. | M | T | | | | | |
| 92. Loomis Sayles Funds: Loomis Sayles Bd Fd Class Retail (IRA) | A | Int./Div. | L | T | | | | | |
| 93. MFS: MFS Bond Fund A (IRA) | A | Int./Div. | J | T | | | | | |
| 94. MFS: MFS Research Fund Class A (IRA) | A | Int./Div. | K | T | | | | | |
| 95. Parnassus Investments: Parnasus Equity Income Fund | A | Int./Div. | M | T | | | | | |
| 96. Pimco Funds: Pimco Real Return Fund Class A (IRA) | A | Int./Div. | J | T | | | | | |
| 97. Royce Special Equity Fund (IRA) | A | Int./Div. | J | T | | | | | |
| 98. Victory Capital Management Inc.: Victory Estab. Value Fund | A | Int./Div. | M | T | | | | | |
| 99. Virtus Funds: Virtus Multi-sector Short Term Bond Fun (IRA) | A | Dividend | M | T | | | | | |
| 100. end of Account #4 | | | | | | | | | |
| 101. Inform Technoligies LLC f/k/a Goode Partners (Y) | | | | | Closed | | | | discharged in bankruptcy |
| 102. Account #5 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Go, Marilyn D. | 5/14/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. American Funds : AMCAP FUND CLASS 529C (college trust fund) | A | Int./Div. | J | T | Sold (part) | 07/30/15 | J | B | |
| 104. American Funds : American Mutual Fund Class 529C | A | Int./Div. | J | T | Sold (part) | 07/30/15 | J | A | |
| 105. American Funds: Amer Cap Wrld Grwth & Inc (collge trust fd) | A | Int./Div. | J | T | Sold (part) | 07/30/15 | J | B | |
| 106. American Funds : Euro PacGrowth Fund of America Class 529C | A | Int./Div. | J | T | Sold (part) | 07/30/15 | J | A | |
| 107. American Funds: Washington Mut Investrs Fd (college tr fd) | A | Int./Div. | J | T | Sold (part) | 07/30/15 | J | B | |
| 108. American Funds: The Income Fd of Amer (college tr fd) | A | Int./Div. | J | T | Sold (part) | 07/30/15 | J | A | |
| 109. American Funds: The Bond Fund of Amer (college tr fd) | A | Int./Div. | J | T | Sold (part) | 07/30/15 | J | A | |
| 110. American Fds: Grwth Fd of Amer cl 529c (collge trust fd) | A | Int./Div. | J | T | Sold (part) | 07/30/15 | J | A | |
| 111. Account #6 | | | | | | | | | |
| 112. American Funds : AMCAP FUND CLASS 529C (college trust fund) | A | Int./Div. | K | T | | | | | |
| 113. American Funds : American Mutual Fund Class 529C | A | Int./Div. | K | T | | | | | |
| 114. American Funds: Amer Cap Wrld Grwth & Inc (college trust fd) | A | Int./Div. | K | T | | | | | |
| 115. American Funds : EuroPac Growth Fund of America Class 529C | A | Int./Div. | J | T | | | | | |
| 116. American Funds: Washington Mut Investrs Fd (college tr fd) | A | Int./Div. | K | T | | | | | |
| 117. American Funds: The Income Fd of Amer (college tr fd) | A | Int./Div. | K | T | | | | | |
| 118. American Funds: The Bond Fund of Amer (college tr fd) | A | Dividend | K | T | | | | | |
| 119. American Fds: Grwth Fd of Amer cl 529c (collge trust fd) | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Go, Marilyn D. | 5/14/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Account # 7 | | | | | | | | | |
| 121. American Century Inv. : Centuury Heritage Funds | A | Dividend | J | T | | | | | |
| 122. American Funds: Growth Fund of America Class F | A | Int./Div. | K | T | | | | | See note 4, Pt VIII |
| 123. Dreyfus: Dreyfus Small Company Value Fund | A | Int./Div. | J | T | | | | | |
| 124. First Eagle: FE Overseas Funds | A | Int./Div. | K | T | | | | | |
| 125. Franklin Templeton Investments: FT Mut Glob Discv Fd Cl A | A | Int./Div. | J | T | | | | | |
| 126. GAMCO Investors: Gabelli Equity Inv. Fund Cl A | A | Int./Div. | K | T | | | | | |
| 127. MFS: MFS Value Fund Class A | | None | K | T | | | | | |
| 128. Oppenheimer Funds: Oppenheimer Dev Mrkts Fd Cl A | A | Dividend | J | T | | | | | |
| 129. Royce: Royce Special Equity Fund | A | Dividend | J | T | | | | | |
| 130. Virtus Funds: Virtus Mid-Cap Val Fund Cl A | | None | J | T | | | | | |
| 131. WellsFargo: WF Ad vantage Growth Fund | A | Int./Div. | K | T | | | | | |
| 132. Babson Global Credit Inc Opp Fund Class A | A | Int./Div. | J | T | Sold (part) | 02/19/15 | J | A | |
| 133. Babson Global Floating Rate Fund Class A | A | Int./Div. | J | T | Sold (part) | 02/19/15 | J | A | |
| 134. John Hancock: John Hancock NY Tax Exmpt Fd Cl A | | None | K | T | | | | | |
| 135. JP MorganStrategic Inc. Fund | A | Int./Div. | K | T | | | | | |
| 136. Loomis Sayles Strategic Income Fund Class A | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Lord Abbett Total Return Fund Class A | A | Int./Div. | K | T | | | | | |
| 138. Pimco Funds: Pimco Real Return Fd Cl A | | None | J | T | | | | | |
| 139. Pimco Funds: Pimco Commodity Real Ret Strat Fd Cl A | | None | J | T | | | | | |
| 140. BlackRock Funds: Blackrock Glob Alloctn Fd Inc A | A | Dividend | K | T | | | | | |
| 141. Yacktman Asset Mgt: Yacktman Fund Service | C | Int./Div. | K | T | | | | | |
| 142. UBS Bank USA Deposit Acct (for uninvested funds) | A | Int./Div. | L | T | | | | | |
| 143. end of account | | | | | | | | | |
| 144. Chase Bank accounts | A | Interest | K | T | | | | | |
| 145. Empower Retirement: Key Guaranteed Portfolio Fd | B | Int./Div. | L | T | Buy (add'l) | 11/21/15 | J | | See note 5, Pt. VIII |
| 146. PowerMat Ltd | | None | M | U | | | | | |
| 147. Enhanced Surface Dynamics Inc. | | None | M | U | | | | | See note 6, Pt. VIII |
| 148. Morgan Stanley Roth IRA | | None | J | T | Open | 12/17/15 | J | | Cash deposit |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Go, Marilyn D. | 5/14/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII, lines 9, 10 . Hewlett Packard Corp. split into Hewlett Packard Enterprise and HP Inc. on November 2, 2015.

2. Part VII, lines 14, 41 and 80. Uninvested funds in the KEOGH account are placed by the brokerage, at its discretion, in accounts at Morgan Stanley Bank or Citibank, N.A. In the prior report year, some funds were held in the Citibank NA Bank Deposit Program or Citi US Treas Res Class N.

3. Part VII, line 81. Nanox Imaging Ltd. interests are held in three separate brokerage accounts, two of which are for separate trusts. The amount reported is for the combined value of the investments based on the amount of the investment.

4. Part VII, line 122 . I mistakely reported last year that we sold all interests in Growth Fund of America in this account. The sale in 2014 was only a partial sale of assets.

5. Part VII, line 145. The Great-West Financial Services changed its name to Empower Retirement on Feburary 2, 2015. In addition to the additional purchase on 11/10/15, two additional purchases were made on 11/25/15 and 12/9/15, both for value code [J]. The amount reported on the form is the aggregate value of the three purchases.

6. Part VII, line 147. Interests in Enhanced Surface Dynamics Inc. are held in three separate brokerage accounts, two of which are for separate trusts. The amount reported is for the combined value of the investments.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Marilyn D. Go**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544